■ The People of the State of New York, Respondent, v Eddy F. Sanchez, Jr., Appellant. [26 NYS3d 712]—Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated June 10, 2014, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

Contrary to the defendant's contention, the County Court providently exercised its discretion in denying his request for a downward departure from his presumptive risk level, as he failed to satisfy the threshold condition of identifying an appropriate mitigating factor which is of a kind, or to a degree, that is otherwise not adequately taken into account by the Sex Offender Registration Act: Risk Assessment Guidelines and

Commentary (*see People v Gillotti*, 23 NY3d 841, 861 [2014]; *People v Boykin*, 102 AD3d 937 [2013]). Chambers, J.P., Austin, Sgroi and Duffy, JJ., concur.